## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Breya Robinson-Bowles
<u>Debtor(s)</u>

CHAPTER 7

BKY. NO. 26-20704 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of United Wholesale Mortgage, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
19 Mar 2026, 12:29:59, EDT

Matthew Fissel, Esq. (314567)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: f8ab25ac409a59129926686388f3664f756755fd2abf7d69e0011335e4bc05f2