WWR# 042147889

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
AT PITTSBURGH

IN RE:

BREYA ROBINSON-BOWLES

DEBTOR(S)

CASE NO. 26-20704

CHAPTER 7

JUDGE BANKRUPTCY JUD GREGORY L TADDONIO

### **REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Agent for creditor, NAVY FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for NAVY FEDERAL CREDIT UNION to undersigned Agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Jessie Roberts
Jessie Roberts
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following

registered ECF Participants, **electronically** through the court's ECF System at the email address registered

with the court and  by **ordinary U.S. Mail** on 23rd day of March, 2026 addressed to:

LAWRENCE WILLIS, Attorney for Debtor
ECF@WESTERNPABANKRUPTCY.COM

CRYSTAL H THORNTON-ILLAR, Trustee
525 WILLIAM PENN PL FL 28
PITTSBURGH, PA 15219


OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

BREYA ROBINSON-BOWLES
111 TEXTOR DR
NORTH VERSAILLES,  PA 15137

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Jessie Roberts
Jessie Roberts
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com