**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 26-20704-GLT** |
| | : | |
| **Breya Robinson-Bowles** | : | **Chapter 7** |
| Debtor | : | |
| | : | |
| **Breya Robinson-Bowles** | : | |
| Movant | : | **Filed Pursuant to Rule 1007-4** |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Breya Robinson-Bowles**, hereby state as follows:

1. I operate a seasonal business, and I earn average business income of

   $3,500.00 per month.

2. I receive child support in the amount of $1,200.00 per month.

3. I receive food stamps in the amount of $1,144.00 per month.

4. I have filed income tax returns for the years 2022 – 2025.

5. I have submitted to the trustee documentary proof of income from all sources

   I have in my possession.


I declare under penalty of perjury that I have read the foregoing Statement,

and it is true and correct to the best of my knowledge, information, and belief.


Date: April 14, 2026                                    /s/ **Breya Robinson-Bowles**
                                                              **Breya Robinson-Bowles**
                                                              Debtor