<u>Information to identify the case:</u>

| | | |
|---|---|---|
| Debtor 1: | **Breya Robinson–Bowles**<br>First Name   Middle Name   Last Name | Social Security number or ITIN:   xxx–xx–6198<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:   WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter:      7     3/13/26 |
| Case number:   **26–20704–GLT** | | |

<u>Official Form 309A (For Individuals or Joint Debtors)</u>

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline           10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Breya Robinson–Bowles | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 111 Textor Drive<br>North Versailles, PA 15137 | |
| 4. | **Debtor's attorney**<br>Name and address | Lawrence Willis<br>Willis & Associates<br>201 Penn Center Blvd<br>Suite 310<br>Pittsburgh, PA 15235 | Contact phone 412–235–1721<br><br>Email:  ecf@westernpabankruptcy.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Crystal H. Thornton–Illar<br>LEECHTISHMAN<br>525 William Penn Place<br>28th Floor<br>Pittsburgh, PA 15219 | Contact phone 412–261–1600<br><br>Email:  cthornton–illar@leechtishman.com |

**For more information, see page 2 >**

Debtor  **Breya Robinson–Bowles**                                                                                    Case number **26–20704–GLT**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office:<br>9:00a.m. – 4:30p.m. Erie Office:<br>9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 4/20/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 1, 2026 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 451 616 4812, and Passcode 6001318900, call 1–412–239–8484**<br>For additional information, go to:<br>https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/31/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                            Case No. 26-20704-GLT

Breya Robinson-Bowles                                                             Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2026 | Form ID: 309A | Total Noticed: 30 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Breya Robinson-Bowles, 111 Textor Drive, North Versailles, PA 15137-2719 |
| aty | + | Brent J. Lemon, Bernstein Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| aty | + | Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 16647202 | | Weltman Weinberg & Reis, 905 Keynote Circle, Brooklyn Heights, OH 44131 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ebnjts@grblaw.com | Apr 21 2026 01:57:00 | Jeffrey Hunt, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| aty | | Email/Text: ecf@westernpabankruptcy.com | Apr 21 2026 01:57:00 | Lawrence Willis, Willis & Associates, 201 Penn Center Blvd, Suite 310, Pittsburgh, PA 15235 |
| tr | + | EDI: BCHTHORNTONILLR | Apr 21 2026 05:55:00 | Crystal H. Thornton-Illar, LEECHTISHMAN, 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219-1728 |
| smg | | EDI: PENNDEPTREV | Apr 21 2026 05:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 21 2026 05:55:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.pi.ecf@usdoj.gov | Apr 21 2026 01:57:00 | Office of the United States Trustee, 1000 Liberty Avenue, Suite 1316, Pittsburgh, PA 15222-4013 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Apr 21 2026 01:57:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Apr 21 2026 01:57:00 | NAVY FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131, UNITED STATES 44131-2191 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 21 2026 01:57:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16647186 | + | Email/PDF: bncnotices@becket-lee.com | Apr 21 2026 02:06:50 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 16647187 | + | EDI: CAPITALONE.COM | Apr 21 2026 05:55:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16647188 | + | EDI: JPMORGANCHASE | Apr 21 2026 05:55:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 16647189 | + | EDI: CCS.COM | | |

District/off: 0315-2    User: auto    Page 2 of 3

Date Rcvd: Apr 20, 2026    Form ID: 309A    Total Noticed: 30

| | | | | |
|---|---|---|---|---|
| | | | Apr 21 2026 05:55:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 16647190 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Apr 21 2026 02:06:50 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16647191 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Apr 21 2026 01:57:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16647192 | + | EDI: DISCOVER | | |
| | | | Apr 21 2026 05:55:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16647193 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 21 2026 02:06:39 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 16647194 | + | EDI: NFCU.COM | | |
| | | | Apr 21 2026 05:55:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 16647195 | + | EDI: NFCU.COM | | |
| | | | Apr 21 2026 05:55:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3300, Merrifield, VA 22119-3300 |
| 16647196 | + | EDI: NFCU.COM | | |
| | | | Apr 21 2026 05:55:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 16647197 | | EDI: PRA.COM | | |
| | | | Apr 21 2026 05:55:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 16647199 | + | Email/Text: bankruptcynotices@sba.gov | | |
| | | | Apr 21 2026 01:57:00 | Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |
| 16647198 | + | Email/Text: bankruptcynotices@sba.gov | | |
| | | | Apr 21 2026 01:57:00 | Small Business Administration, An Agency of the United States Goverment, c/o Anthony Arroyo, 660 America Ave Suite 301, King of Prussia, PA 19406-4032 |
| 16647200 | | Email/Text: bankruptcy@uwm.com | | |
| | | | Apr 21 2026 01:57:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Boulevard East, Pontiac, MI 48341 |
| 16647201 | + | Email/Text: pitbk@weltman.com | | |
| | | | Apr 21 2026 01:57:00 | Weltman Weinberg & Reis, Two Allegheny Center Nova Tower Two, Suite 1302, Pittsburgh, PA 15212-5411 |
| 16647203 | + | Email/Text: BKRMailOps@weltman.com | | |
| | | | Apr 21 2026 01:57:00 | Weltman Wienberg & Reis, 323 W. Lakeside Drive, Suite 200, Cleveland, OH 44113-1009 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID      Bypass Reason  Name and Address**
cr                            UNITED WHOLESALE MORTGAGE, LLC

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0315-2                                         User: auto                                          Page 3 of 3
Date Rcvd: Apr 20, 2026                                   Form ID: 309A                                    Total Noticed: 30

Date: Apr 22, 2026                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com lemondropper75@hotmail.com;agilbert@bernsteinlaw.com |
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Lawrence Willis | on behalf of Debtor Breya Robinson-Bowles ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

TOTAL: 6