Certificate Number: 16339-PAW-DE-041266698

Bankruptcy Case Number: 26-20704



16339-PAW-DE-041266698

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 30, 2026, at 11:57 o'clock AM EDT, Breya Robinson-Bowles completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   July 30, 2026

By:   /s/Kris Krumal

Name:   Kris Krumal

Title:   Certified Financial Counselor