Form 319

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Breya Robinson−Bowles**<br>*Debtor(s)* | : | Case No. 26−20704−GLT<br><br>Chapter: 7 |

**ORDER**

In a Chapter 7 case, *Fed.R.Bankr.P. 1007(c)(4)(A)* requires an individual Debtor to file a ***Certificate of Completion*** evidencing completion of a personal financial management course, or alternatively, a ***Certification*** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is within 60 days after the first date set for the meeting of creditors under *Section 341* of the *Bankruptcy Code. 11 U.S.C. §727(a)(11)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

In this case, the Debtor(s) failed to timely file a ***Certificate of Completion of Postpetition Instructional Course Concerning Personal Financial Management***, which reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation.

***AND NOW***, this ***The 19th of August, 2026***, it is hereby ***ORDERED, ADJUDGED and DECREED*** that at the appropriate time, the case shall be closed without an entry of a discharge order.

Dated: August 19, 2026

cm: Debtor

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 26-20704-GLT

Breya Robinson-Bowles Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3

Date Rcvd: Aug 19, 2026 Form ID: 319 Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Breya Robinson-Bowles, 111 Textor Drive, North Versailles, PA 15137-2719 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16647202 | | Weltman Weinberg & Reis, 905 Keynote Circle, Brooklyn Heights, OH 44131 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKRMailOps@weltman.com | Aug 20 2026 01:39:00 | NAVY FEDERAL CREDIT UNION, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Rd, Suite 200, INDEPENDENCE, OH 44131, UNITED STATES 44131-2191 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 20 2026 01:39:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16647186 | + | Email/PDF: bncnotices@becket-lee.com | Aug 20 2026 01:44:41 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 16647187 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 20 2026 01:44:35 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16647188 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2026 01:44:36 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 16647189 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 20 2026 01:40:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 16647190 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 20 2026 01:44:31 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16647191 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 20 2026 01:39:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 16647192 | + | Email/Text: mrdiscen@discover.com | Aug 20 2026 01:39:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 16647193 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 20 2026 01:44:32 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 16647194 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 20 2026 01:40:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 16647195 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 20 2026 01:40:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3300, Merrifield, VA 22119-3300 |
| 16647196 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 20 2026 01:40:00 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 16647197 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2026 01:44:41 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, |

| | | | | |
|---|---|---|---|---|
| | | | | VA 23502 |
| 16647199 | + | Email/Text: bankruptcynotices@sba.gov | Aug 20 2026 01:39:00 | Small Business Administration, PO Box 3918, Portland, OR 97208-3918 |
| 16647198 | + | Email/Text: bankruptcynotices@sba.gov | Aug 20 2026 01:39:00 | Small Business Administration, An Agency of the United States Goverment, c/o Anthony Arroyo, 660 America Ave Suite 301, King of Prussia, PA 19406-4032 |
| 16647200 | | Email/Text: bankruptcy@uwm.com | Aug 20 2026 01:39:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 South Boulevard East, Pontiac, MI 48341 |
| 16647201 | + | Email/Text: pitbk@weltman.com | Aug 20 2026 01:39:00 | Weltman Weinberg & Reis, Two Allegheny Center Nova Tower Two, Suite 1302, Pittsburgh, PA 15212-5411 |
| 16647203 | + | Email/Text: BKRMailOps@weltman.com | Aug 20 2026 01:39:00 | Weltman Wienberg & Reis, 323 W. Lakeside Drive, Suite 200, Cleveland, OH 44113-1009 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | UNITED WHOLESALE MORTGAGE, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com |
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Lawrence Willis | on behalf of Debtor Breya Robinson-Bowles ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | |

ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6