FILED
8/25/26 8:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 26-20704-GLT |
| Breya Robinson-Bowles, | : | Chapter 7 |
| Debtor | : | |
| Breya Robinson-Bowles, | : | Related to Document No. 29 |
| Movant | : | |
| vs. | : | |
| | : | Hearing Date & Time: |
| Crystal H. Thornton-Illar, Esquire<br>Chapter 7 Trustee, | : | |
| Respondent | : | |

**ORDER**

**AND NOW** on this 25th day of August, 2026, upon consideration of the *Motion to Vacate Order Authorizing Case to be Closed Without a Discharge In Addition To Motion to Extend Time to Complete the Financial Management Course*, filed by the Debtor, and upon good cause shown, it is hereby ordered and directed as follows:

1. The Order closing case without a discharge of the Debtors debts is Vacated.
2. The Deadline for the completion of the Financial Management Course is extended up to and including August 1, 2026.

3. This Case at case number 26-20704-GLT is eligible for discharge.

BY THE COURT:

Dated: 8/25/26

Gregory L. Taddonio, hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re: Breya Robinson-Bowles
Debtor

Case No. 26-20704-GLT
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2
Date Rcvd: Aug 26, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Breya Robinson-Bowles, 111 Textor Drive, North Versailles, PA 15137-2719 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com mccallaecf@ecf.courtdrive.com |
| Crystal H. Thornton-Illar | cthornton-illar@leechtishman.com PA95@ecfcbis.com;dbender@leechtishman.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Lawrence Willis | on behalf of Debtor Breya Robinson-Bowles ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor UNITED WHOLESALE MORTGAGE LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | |

ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6